IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00103-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANNY ALLISON BATTLE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's motion to suppress [DE-29]. A hearing on the motion is set for **Monday, October 4, 2010 at 10:00 a.m.** in the Courthouse Annex at Greenville, North Carolina.

This the 26th day of August, 2010.

_____
DAVID W. DANIEL
United States Magistrate Judge